# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET,<br>　　　　Plaintiff,<br>　　v.<br>JPMORGAN CHASE BANK, N.A., et al.,<br>　　　　Defendants. | Case No. 17-cv-00623-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Lucy H. Koh for consideration of whether the case is related to *Monet v. JPMorgan Chase Bank, N.A.*, Case No. 16-cv-00372-LHK.

　　　　**IT IS SO ORDERED.**

Dated: July 13, 2017

_____
BETH LABSON FREEMAN
United States District Judge